Order Filed on December 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marianna Udem
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
**ASK LLP**
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br>                     Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit "1,"<br>                    Defendants. | |

**ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING
ADVERSARY PROCEEDINGS WITH TOTAL IN CONTROVERSY LESS THAN
OR EQUAL TO $500,000.00 BROUGHT BY PLAINTIFFS PURSUANT TO
SECTIONS 502, 547, 548, AND 550 OF THE BANKRUPTCY CODE**

---

1 The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**DATED: December 22, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the *Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiffs Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code,* (the "Procedures Motion")[2] filed by Thomas A. Pitta, as Trustee (the "Plaintiff" or "Trustee") of the RAD Sub-Trust A (the "Trust"), by and through his undersigned counsel, for entry of a procedures order (the "Procedures Order") pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 7016, 7026 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 7016-1 and 9019-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), establishing streamlined procedures governing all adversary proceedings with a total amount in controversy less than or equal to $500,000.00 brought by Plaintiff under sections 502, 547, 548, and 550 of the Bankruptcy Code, which are identified in **Exhibit 1** annexed hereto (each an "Avoidance Action," collectively, the "Avoidance Actions"); and this Court having jurisdiction to consider and determine the Procedures Motion as a core proceeding in accordance with 28 U.S.C. §§ 157, 1331 and 1334; and any objections raised and heard at a hearing at which all parties were permitted to present their arguments and contentions; and it appearing that the relief requested by the Procedures Motion is necessary and in the best interests of the parties; and due notice of the Procedures Motion having been provided; and it appearing that no other or further notice of the Procedures Motion need be provided; and sufficient cause appearing therefor, it is hereby:

---

[2]    Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Procedures Motion.

**ORDERED**, that the Procedures Motion be, and hereby is, granted in all respects; and it is further

**ORDERED**, the relief set forth on the following pages, numbered three (3) through ten (10) is **GRANTED**.

A. **Effectiveness of the Procedures Order**

1. This Procedures Order approving the Procedures Motion shall apply to all Defendants in the Avoidance Actions listed in Exhibit 1.

2. This Order will not alter, affect or modify the rights of Defendants to seek a jury trial or withdraw the reference, or otherwise move for a determination regarding whether the Court has authority to enter a final judgment, or make a report and recommendation, in an adversary proceeding under 28 U.S.C. § 157, and all such rights of the Defendants shall be preserved unless otherwise agreed to in a responsive pleading.*

B. **Extensions to Answer or File Other Responsive Pleading to the Complaint**

3. The time to file an answer or other responsive pleading to a complaint filed in an Avoidance Action shall automatically be extended by 60 days such that an answer or other responsive pleading is due within 90 days after the issuance of the summons rather than 30 days after the issuance of the summons. By agreement of Plaintiff and a Defendant, the parties may agree to one (1) additional extension of time to respond, up to an additional 45 days, without the need to file a formal stipulation with the Court.

C. **Waiver of Requirement to Conduct Pretrial Conference**

4. Federal Rule of Civil Procedure 16, made applicable herein pursuant to Bankruptcy Rule 7016 and Local Rule 7016-1 (i.e., pretrial conferences), is hereby waived and not applicable with respect to the Avoidance Actions. Neither the Plaintiffs nor any Defendant shall be required to appear at the initial pretrial conference, including any pretrial originally scheduled for December 22, 2025, or any subsequently scheduled pretrial conferences.

D. **Waiver of Requirement to Conduct Scheduling Conference**

5. Federal Rule of Civil Procedure 26(f), made applicable herein pursuant to Bankruptcy Rule 7026 and Local Rule 7016-1 (conferring before pretrial conference/discovery plan), is hereby waived and is not applicable to the Avoidance Actions.  Thus, the parties to the Avoidance Actions shall not be required to submit a written report as may otherwise be required under Federal Rule of Civil Procedure 26(f) or a Joint Order Scheduling Pretrial Proceedings and Trial as required under Local Rule 7016-1.

E. **Discovery, Mediation, and Dispositive Motion Schedule**

6. The parties' obligation to conduct formal discovery in each Avoidance Action shall be, and hereby is, stayed until the mediation process is concluded; <u>provided that</u> the stay of formal discovery shall in no way preclude, with respect to any Avoidance Action, the Plaintiffs and applicable Defendants from informally exchanging documents and

---

*Notwithstanding anything in the Procedures Orders, the Procedures Motion, or any statements, filings, arguments, or positions of Plaintiff in support thereof, nothing herein or any Procedures Orders shall affect any substantive rights, claims, defenses or other arguments of Defendants in the Avoidance Actions.

information in an attempt to resolve such Avoidance Action in advance of, or during, the mediation process.

7. Any open Avoidance Actions that have not been resolved and/or settled by March 2, 2026 (the "Remaining Avoidance Actions"), shall be referred to mediation.

8. Between March 2, 2026 and March 16, 2026, Defendants in each of the Remaining Avoidance Actions shall choose a mediator from the list (the "Mediator List") of proposed mediators (each a "Mediator," collectively, the "Mediators") attached to the Procedures Motion as **Exhibit D**. If there are multiple Defendants in a Remaining Avoidance Action, they must agree on the selection of a single Mediator for that Remaining Avoidance Action. Concurrently, Defendants in the Remaining Avoidance Actions shall notify Plaintiffs' counsel of the Defendant's choice of Mediator by contacting Plaintiffs' counsel's paralegal, Laurie N. Miskowiec, in writing, via email at **lmiskowiec@askllp.com**. If a Defendant in a Remaining Avoidance Action does not timely choose a Mediator from the Mediator List and notify Plaintiffs' counsel of the same, Plaintiffs will assign such Remaining Avoidance Action to one of the Mediators from the Mediator List.

9. Upon notification of such selection or assignment, the selected Mediator shall have an opportunity to run conflicts checks on the Defendant(s) and, in the event of a conflict, may abstain from the particular mediation. Once the mediator selection period closes and a Mediator is selected or assigned, as applicable, Plaintiffs will file a notice of mediation indicating which mediator was selected.

10. On March 16, 2026, Plaintiff, working with the Mediators, will commence scheduling mediations. Each Mediator will provide to Plaintiff the dates on which the Mediator is available for mediation and the parties shall cooperate with the Mediators and each other regarding the scheduling of mediations. Plaintiff's counsel shall contact each Defendant or each Defendant's counsel with a list of proposed dates for mediation provided by the mediator. Mediation will then be scheduled on a first-come, first-served basis.

11. Plaintiff will give at least 21 days written notice of the first date, time and place of the mediation in each Remaining Avoidance Action (the "Mediation Notice"), which notice shall be served on the applicable Defendant and filed on the docket.

12. Within 14 calendar days after the conclusion of the mediation, the Mediator shall file a Local Form Mediation Report (the "Mediator's Report") in the Remaining Avoidance Action, which shall be limited to stating only whether the Remaining Avoidance Action settled or did not settle.

13.    All mediations of the Remaining Avoidance Actions must be concluded by August 31, 2026.

14.    Any open Avoidance Actions shall be required to provide the disclosures required under Federal Rule of Civil Procedure 26(a)(1), as incorporated by Bankruptcy Rule 7026 (the "Initial Disclosures") on or before September 30, 2026.

15.    All written interrogatories, document requests and requests for admission, if any, may be served upon the adverse party any time after the mediation is held for the applicable Avoidance Action. All written interrogatories, document requests and requests for admission, if any, must be served upon the adverse party no later than September 30, 2026.

16.    The parties to the Avoidance Actions shall have through and including December 31, 2026, to complete fact discovery, including depositions of fact witnesses.

17.    Should a discovery dispute arise, the complainant shall file with the Court a letter outlining said issues and forward a copy to chambers. Respondent must reply within two (2) business days. The letter, excluding exhibits, shall be no longer than two (2) pages. The Court shall then inform the parties if it will require a conference call or formal motion.

18.    Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports of the parties' case-in-chief experts (unless subject to a rebuttable presumption), or experts and reports concerning an issue to which the party bears the burden of proof (or initial requirement to challenge a rebuttal presumption), if any, shall be made to the adverse party on or before January 29, 2027.

19.    Under the provisions of Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports of the parties' rebuttal experts, if any, shall be made to the adverse party on or before March 31, 2027.

20.    All expert discovery, including expert witness depositions, shall be concluded on or before May 17, 2027.

21.    All dispositive motions shall be filed and served by June 16, 2027. Local Rule 7056-1 shall apply.

**F.    Mediation Procedures and Requirements**

22.    Because the Remaining Avoidance Actions are proceedings before this Court, New Jersey is the proper forum for mediation, except as otherwise agreed to by the parties or directed by the Mediator, including to hold

mediations via video conference. Local Rule 9019-2 shall govern the mediations, except as otherwise set forth herein.

23.     The parties in each Remaining Avoidance Action will participate in the mediation, as scheduled and presided over by the chosen Mediator, in good faith and with a view toward reaching a consensual resolution. Mediation shall be attended by a representative of the Defendant with full settlement authority (and if a Defendant is represented by counsel, their counsel) as well as counsel for Plaintiff (who must have settlement authority from Plaintiff, or a Plaintiff representative shall appear as well). The default method and/or location of mediation shall be via Zoom or other equivalent secure video platform, _except that_ the parties may, by consent and with the Mediator's approval, agree to attend mediation in person, in which case the mediation will be held in person at the Mediator's office. Should a dispute arise regarding a Mediator's decision on the location of mediation, a party may apply to the Court, in advance of the mediation, by sending a letter outlining said issues to chambers. The Court may then schedule a conference call to address the issues.

24.     The Mediator will preside over the mediation with full authority to determine the nature and order of the parties' presentations, and the rules of evidence will not apply. Each Mediator may implement additional procedures which are reasonable and practical under the circumstances.

25.     The Mediator, in the Mediation Notice (by language provided to Plaintiffs by the Mediator) or in a separate notice that need not be filed, may require the parties to provide the Mediator with any relevant papers and exhibits, a statement of position, and a settlement proposal. The Mediator may also continue a mediation that has been commenced if the Mediator determines that a continuation is in the best interest of the parties.

26.     The parties must participate in the scheduling of mediation and mediate in good faith. If the Mediator feels that a party to the mediation is not attempting to schedule or resolve the mediation in good faith, the Mediator may file a report with the Court.  The Court may, without need for further motion by any party, schedule a hearing.  If the Court determines that the party is not cooperating in good faith with the mediation procedures, the Court may consider the imposition of sanctions pursuant to Local Rule 9019-2. Additionally, if either party to the mediation is not attempting to schedule or resolve the mediation in good faith, the opposite party may file a motion for sanctions with the Court. Litigation with respect to the issuance of sanctions shall not delay the commencement of the mediation. Sanctions may include, but are not limited to, attorney's fees and costs and Mediator's fees.

27.     Upon notice and a hearing, a party's failure to appear at the mediation or otherwise comply with the Procedures Order with respect to mediation, may

result in a default judgment or dismissal being obtained against the party failing to comply with the mediation provisions. The Mediator shall promptly file a notice with the Court when any party fails to comply with the mediation provisions set forth in the Procedures Order.

28.     Plaintiffs shall pay the Mediator a $250.00 administrative fee (the "Administrative Fee") upon acceptance of appointment. The remaining Mediator's fees and expenses shall be split equally by the parties on a per case basis. The Mediator's fees shall be fixed as follows:

   a.  cases with a claim amount (as reflected in the complaint) of less than $250,000: $5,000.00 per case;

   b.  cases with a claim amount (as reflected in the complaint) equal to or greater than $250,000 and less than $1,000,000: $6,500 per case; and

   c.  cases with a claim amount (as reflected in the complaint) equal to or greater than $1,000,000: $8,000 per case.

29.     Mediation that is continued for more than one calendar day will be continued on an hourly fee basis at the rate of $500.00 per hour to be paid by the Parties.

30.     Defendants that have multiple Avoidance Actions in the underlying bankruptcy cases against them may mediate all related Avoidance Actions at one time and, in such event, the Mediation Fee shall be based upon the combined total claim amount for all related Avoidance Actions, as per the rates listed in the immediately preceding paragraph.

31.     Mediation statements are due 7 calendar days prior to the mediation to the Mediator. Unless otherwise directed by the Mediator, the mediation statements shall be shared with the opposing party, except that any party that has confidential information may share the same solely with the Mediator. The Mediator will direct the parties as to further instructions regarding the mediation statements.

32.     Without the prior consent of both parties, no Mediator shall mediate a case in which he/she or his/her law firm represents a party.  If a Mediator's law firm represents any Defendant in the Avoidance Actions, then: (a) the Mediator shall not personally participate in the representation of that Defendant; (b) the law firm shall notate the file to indicate that the Mediator shall have no access to it; and (c) any discussions concerning the particular Avoidance Action by employees of the law firm shall exclude the Mediator. The Mediator's participation in mediation pursuant to the Procedures Order shall not create a conflict of interest with respect to the representation of such Defendants by the Mediator's law firm.

33.     The Mediator shall not be called as a witness by any party except as set forth in this paragraph.  No party shall attempt to compel the testimony of, or compel the production of documents from, the Mediators or the agents, partners or employees of their respective law firms.  Neither the Mediators nor their respective agents, partners, law firms or employees (a) are necessary parties in any proceeding relating to the mediation or the subject matter of the mediation, nor (b) shall be liable to any party for any act or omission in connection with any mediation conducted under the Procedures Order.  Any documents provided to the Mediator by the parties shall be destroyed 30 days after the filing of the Mediator's Report, unless the Mediator is otherwise ordered by the Court.  However, subject to court order, a Mediator may be called as witness by any party and may be compelled to testify on a limited basis in proceedings where it is alleged that a party failed to comply with mediation as is required in the foregoing paragraphs of this Procedures Order. Local Rule 9019-2 shall apply.

34.     All proceedings and writings incident to the mediation shall be privileged and confidential and shall not be reported or placed in evidence.  Local Rule 9019-2 shall apply.

**G.     Initial Pretrial Conference; Subsequent Hearings**

35.     The initial pretrial conference scheduled for **December 22, 2025 at 11:00 a.m. (ET)** or other subsequent dates as indicated on the summonses shall be deemed waived. Thereafter, except as otherwise ordered by the Court, the pretrial conference shall be adjourned to future date(s), if any, as properly noticed.

36.     If, after all discovery has been completed in an Avoidance Action and mediation has concluded but was not successful, and any issues of fact or law remain after dispositive motions, if any, have been decided, the parties to the applicable Avoidance Action shall so inform the Court. At the next scheduled omnibus hearing or at such other date convenient to the Court, the Court will address additional issues arising subsequent to the Procedures Order, set additional deadlines, if necessary, establish a due date by which the parties must file a joint pretrial order, and schedule a trial on the Avoidance Action that is convenient to the Court's calendar.

**H.     Miscellaneous**

37.     The Local Rules for the United States Bankruptcy Court for the District of New Jersey shall apply, except that the Procedures Order shall control with respect to the Avoidance Actions to the extent of any conflict with other applicable rules and orders.

38.     The deadlines and/or provisions contained in the Procedures Order may be extended and/or modified by the Court upon written motion and for good cause shown or consent of the parties pursuant to stipulation which, other

than the response extension described paragraph 3, needs to be filed with the Court; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# Exhibit 1

| Company Name | Adversary No. |
|---|---|
| 11:11 Systems, Inc. | 25-01397 |
| 113 West Polk Street, LLC | 25-01398 |
| 180 Innovations LLC | 25-01399 |
| 1-800-GOT-JUNK? L.L.C. | 25-01396 |
| 3 Z'S Candy Company, Inc. | 25-01400 |
| A.V.W., Inc. dba Max Professional | 25-01405 |
| Accelearte360, LLC | 25-01409 |
| ACCO Brands USA LLC | 25-01411 |
| Accu-Time Systems, Inc. | 25-01412 |
| Acme United Corporation | 25-01414 |
| Adaptigent, LLC | 25-01416 |
| Advanced Real Estate Services, Inc. | 25-01417 |
| Advanced Ultrasound Solutions, Inc. | 25-01418 |
| Aero Mechanical of NY, Inc. | 25-01419 |
| Alani Nutrition LLC | 25-01421 |
| All Pop Displays LLC | 25-01423 |
| Alpine Beverage, LLC | 25-01426 |
| Alteryx, Inc. | 25-01427 |
| Altius Spices and Seasonings inc. | 25-01428 |
| Altman Specialty Plants, LLC fdba Altman Plants Inc. | 25-01429 |
| Alva/Amco Pharmacal Companies, LLC | 25-01430 |
| Amax, Inc. | 25-01431 |
| Amazon Advertising LLC | 25-01432 |
| Amazon Web Services, Inc. | 25-01433 |
| American Bank Note Company | 25-01434 |
| American Licorice Co. | 25-01437 |
| American Sugar Refining, Inc. dba Domino Sugar/Domino Foods | 25-01438 |
| Anderson Oxford Inc. dba ThinkLP | 25-01441 |
| Anheuser-Busch Companies, LLC dba Anheuser Busch - Beach Cities | 25-01442 |
| Anheuser-Busch Companies, LLC dba Anheuser Busch - Sylmar | 25-01443 |
| Anheuser-Busch Companies, LLC dba Anheuser-Busch Sales of San Diego | 25-01444 |
| Anheuser-Busch Distributors of New York, Inc. | 25-01445 |
| Anheuser-Busch Wholesaler Development Corp. dba Anheuser-Busch Sales of Pomona | 25-01446 |
| Apotex Corp. | 25-01447 |
| Appriss Insights, LLC | 25-01450 |
| Aquachempacs, LLC | 25-01451 |
| Architectural Graphics, Inc, | 25-01452 |
| Ascent Consumer Products, Inc. | 25-01458 |

| | |
|---|---|
| ASO Corporation | 25-01460 |
| Atlantic Data Security LLC | 25-01463 |
| Auro Health LLC | 25-01464 |
| Aussie Bubs, Inc. | 25-01465 |
| Automated Logic Corporation | 25-01466 |
| Automated Media Processing Solutions, Inc. | 25-01467 |
| Avadim Health, Inc. | 25-01468 |
| Avery Dennison Corporation | 25-01469 |
| Axcess Global, LLC dba Real Ketones LLC | 25-01471 |
| B&G Foods North America, Inc. | 25-01472 |
| B. F. Ascher & Company, Inc. | 25-01473 |
| Bamboo Health, Inc. fdba Appriss Health | 25-01475 |
| Barilla America Inc. | 25-01477 |
| Barrett Wholesalers LLC dba Barrett Wholesalers Co. | 25-01480 |
| Basic Research, LLC | 25-01484 |
| Bauducco Foods, Inc. | 25-01485 |
| Beauty 21 Cosmetics, Inc. | 25-01491 |
| Beauty Partners LLC | 25-01492 |
| Beler Brand Management | 25-01495 |
| Bentlin Products LLC | 25-01496 |
| Berry Global, Inc. fdba AEP Industries | 25-01498 |
| BestCo LLC fdba BestCo Inc. | 25-01499 |
| Beurer North America, L.P. | 25-01500 |
| Beverage-Air Corporation | 25-01502 |
| Big 3  Packaging, LLC | 25-01506 |
| Bimbo Bakeries USA, Inc. fdba Bimbo Foods Inc. | 25-01509 |
| BioFilm, Inc. | 25-01512 |
| BIOTAB NUTRACEUTICALS | 25-01515 |
| Bitly, Inc. | 25-01516 |
| BlendJet Inc. | 25-01517 |
| Blistex Inc. | 25-01518 |
| Blue Buffalo Company, Ltd. | 25-01519 |
| Boening Bros., Inc. | 25-01522 |
| Bonded Filter Co. LLC | 25-01526 |
| BoomBoom Naturals Inc. | 25-01527 |
| Branded Group, Inc. | 25-01530 |
| Breakthru Beverage California, LLC | 25-01531 |
| Brink's, Incorporated | 25-01536 |
| Broadway Enterprises, Inc. | 25-01537 |

| | |
|---|---|
| Brunswick Pharmaceuticals LLC | 25-01538 |
| Bug Bite Thing, Inc. | 25-01543 |
| Bumble Bee Seafood, Inc. | 25-01544 |
| Bureau Veritas Technical Assessments LLC | 25-01545 |
| BurMac Commercial Roofing, Inc. | 25-01546 |
| Burton Energy Group, LLC | 25-01548 |
| C T Corporation System | 25-01553 |
| CA Fortune Sales & Marketing LLC fdba Navigator Sales & Marketing | 25-01557 |
| Caffe' Appassinato, Inc. dba Caffee Appasionato Coffee Co. | 25-01560 |
| Caldara & Sons Contracting, Inc. | 25-01561 |
| California Custom Fruits and Flavors, LLC | 25-01562 |
| California State Board of Pharmacy | 25-01564 |
| Calmco LLC | 25-01565 |
| Campbell Sales Company | 25-01566 |
| Canada Dry Delaware Valley Bottling Company dba Canada Dry Bottling Atlantic City | 25-02431 |
| Canada Dry Potomac Corporation dba Canada Dry Norfolk | 25-02432 |
| Candyrific, LLC | 25-01570 |
| Canon Financial Services, Inc. | 25-01571 |
| Canon Solutions America, Inc. | 25-01572 |
| Cap Index, Inc. | 25-01573 |
| Cardio Partners, Inc. | 25-01575 |
| Cargill, Incorporated | 25-01577 |
| Carma Laboratories, Inc. | 25-01578 |
| Carrier Corporation | 25-01579 |
| Carroll Independent Fuel, LLC | 25-01580 |
| Carter Control Systems, Inc. dba Carter Intralogistics | 25-01581 |
| Case FMS, LLC fdba Case Snow Management, LLC | 25-01583 |
| Cashco Distributors Inc fdba Navajo Manufacturing Company | 25-01584 |
| CCA | 25-01586 |
| Ccenter City Legal Productions, Inc. | 25-01587 |
| Cennox Commercial Services, LLC fka Fire King Commercial Services, LLC | 25-01588 |
| Central Garden & Pet Company dba Central Garden Pet Supply | 25-01590 |
| Century Systems, Inc. | 25-01591 |
| Chaby International Corp. | 25-01593 |
| Change Healthcare LLC | 25-01594 |
| Charms L.P.; Tri Sales Finance, LLC | 25-01595 |
| Checkpoint Systems, Inc. | 25-01599 |
| Choicemmed America Corporation | 25-01602 |

| | |
|---|---|
| Choreograph LLC | 25-01603 |
| Cima Network, Inc. | 25-01605 |
| Clare Rose, Inc. | 25-01606 |
| Clean Age, Inc. | 25-01607 |
| Clean Lines LLC | 25-01611 |
| CMS Payments Intelligence, Inc. | 25-01612 |
| Cold Star, Inc. dba Chino Ice | 25-01617 |
| Colonial Dames Company, Ltd. dba Colonial Dames, Ltd. | 25-01620 |
| Colonna Brothers, Inc. | 25-01622 |
| ComDoc, Inc. dba Capital Business Systems | 25-01632 |
| Commerce Fabric, Inc. | 25-01688 |
| Commercial Fire (Florida), LLC dba Commercial Fire, LLC | 25-01689 |
| Commission Junction LLC | 25-01690 |
| Communications Conveyor Co., Inc. dba ComCo Systems | 25-01691 |
| Commvault Systems, Inc. | 25-01692 |
| Compass Group USA, Inc. dba Canteen Refreshment Services | 25-01693 |
| Confirm BioSciences, LLC | 25-01697 |
| Connors & Associates, LLC | 25-01698 |
| Consilio, LLC | 25-01479 |
| Corman USA Inc. | 25-01510 |
| Coveware, Inc. | 25-01528 |
| CRA International, Inc. dba Charles River Associates | 25-01532 |
| Crayola LLC | 25-01542 |
| CrossCom National, LLC | 25-01549 |
| Crown Equipment Corporation | 25-01550 |
| CSS Industries, Inc. dba CR Gibson LLC; and OMNI Global Sourcing Solutions dba OMNI GSS | 25-01513 |
| CT OpCo LLC fdba La Colombe Torrefaction, Inc. | 25-01554 |
| CX360, Inc. | 25-01555 |
| D S Graphics, Inc. | 25-01558 |
| Daddy Ray's, Inc. | 25-01610 |
| Dairy Fresh Farms, Inc. | 25-01613 |
| Danson Decor Inc. | 25-01619 |
| Dart Container Corporation | 25-01621 |
| Datasite LLC | 25-01626 |
| DataSpan Holdings, Inc. | 25-01627 |
| Datavant, LLC fdba Datavant Inc. | 25-01700 |
| Del Reka Corp. dba Del Reka Distributing | 25-01703 |
| Dematic Corp. | 25-01705 |
| DeMert Brands, LLC | 25-01706 |

| | |
|---|---|
| Denergy, Inc. fdba Implus Corporation | 25-01707 |
| Descartes U.S. Holdings, Inc.; and Descartes Systems (USA) LLC | 25-01709 |
| Desert Haven Enterprises | 25-01710 |
| Detective Analytics LLC | 25-01711 |
| Dicermatic, LLC | 25-01713 |
| Diebold Nixdorf, Incorporated | 25-01714 |
| Digi International Inc. | 25-01715 |
| DocuSign, Inc. | 25-01733 |
| Doumak Inc. | 25-01737 |
| Driftwood Dairy, Inc. | 25-01747 |
| Drip Drop Hydration Inc. | 25-01749 |
| E & M Ice Cream Inc. | 25-01757 |
| E. Mishan & Sons, Inc. dba Emson | 25-01759 |
| E.T. Browne Drug Co., Inc. | 25-01763 |
| Eastern Sierra Wholesalers Inc | 25-01764 |
| Economic Modeling, LLC dba Lightcast | 25-01769 |
| Eiprinting.com dba SecureCash Advantage | 25-01772 |
| Elite Packaging Solutions LLC | 25-01775 |
| Ella + Mila, Inc. | 25-01776 |
| Elsevier Inc. | 25-01777 |
| Empire Candle Co., LLC | 25-01795 |
| Energizer Battery, Inc. | 25-01797 |
| En-R-G Foods, LLC | 25-01799 |
| Equifax Inc. | 25-01803 |
| Essano Inc. | 25-01806 |
| Essentia Sub, LLC dba Essentia Water | 25-01812 |
| Essity Professional Hygiene North America LLC | 25-01818 |
| Euro-American Brands, L.L.C. dba EAB International | 25-01820 |
| Evolved By Nature, Inc. | 25-01826 |
| Experian Information Solutions, Inc. | 25-01831 |
| Expert Holdings LLC | 25-01833 |
| Factspan Inc. | 25-01835 |
| Fairway Packaging, L.L.C. | 25-01836 |
| Fantasy Farms, LLC dba Nexxus | 25-01838 |
| Fetch for Cool Pets LLC | 25-01854 |
| Fetch Rewards, Inc. | 25-01855 |
| Fiji Water Company, LLC | 25-01859 |
| Firefly Graphics Inc. | 25-01867 |
| First Databank, Inc. | 25-01869 |

| | |
|---|---|
| Florman Tannen LLC | 25-01892 |
| Force Factor Brands LLC | 25-01895 |
| Fordham Associates, L.L.P. | 25-01897 |
| Foto Electric Supply Co., Inc. | 25-01899 |
| Fox Electric Company | 25-01902 |
| FreshEdge, LLC dba Sirna & Sons Produce | 25-01905 |
| Fruit of the Earth, Inc. | 25-01908 |
| FUJIFILM North America Corporation | 25-01910 |
| G Fuel, LLC | 25-01911 |
| G100 Inc. | 25-01912 |
| G2 Revolution LLC | 25-01913 |
| Gallo Sales Company, Inc. | 25-01916 |
| GardaWorld Security Services, Inc. | 25-01917 |
| Garden of Life LLC | 25-01918 |
| George J. Marshall, Inc. | 25-01920 |
| GlacierPoint Enterprises, Inc. dba Gillette Creamery | 25-01923 |
| Global Concepts Limited, Inc. | 25-01926 |
| Global Retail Partners, LLC dba Mid-America Store Fixtures | 25-01927 |
| Glopack, INC. | 25-01928 |
| GLUE IQ LLC | 25-01930 |
| Golden West Packaging Group LLC fdba Fleetwood Fiber LLC | 25-01933 |
| good2grow LLC | 25-01934 |
| Goya Foods Inc | 25-01936 |
| Grace Beauty LLC | 25-01937 |
| Gram Equipment of America, Inc. | 25-01938 |
| Grubhub Holdings Inc. | 25-01939 |
| Guy & O'Neill, Inc. | 25-01779 |
| Hamilton Beach Brands, Inc. | 25-01781 |
| Hand Family Companies, LLC dba Stone Distributing Company | 25-01782 |
| Harvest Hill Beverage Company | 25-01787 |
| HealthRight Products, LLC | 25-01800 |
| Heidrick & Struggles, Inc. | 25-01807 |
| HHRKE  LLC fdba RK Environmental Services LLC | 25-01814 |
| HID Global Corporation | 25-01815 |
| Hilco Fixtures Finders, LLC | 25-01816 |
| Hilco Real Estate, LLC | 25-01817 |
| Hitachi Vantara LLC | 25-01819 |
| Homedics USA, LLC | 25-01823 |
| Hu Products, LLC | 25-01825 |

| | |
|---|---|
| Huff Ice Cream Corporation | 25-01827 |
| Hy-Point Dairy Farms, Inc. | 25-01830 |
| Iconex LLCC | 25-01832 |
| ICU Eyewear, Inc. | 25-01837 |
| Illumination Technicians LLC | 25-01842 |
| Imagings 3, Inc. dba Flix Candy | 25-01844 |
| Impact Confections, Inc. | 25-01846 |
| Imperial Parking (U.S.), LLC | 25-01847 |
| Indoormedia, Inc. dba Sandt Products Inc. | 25-01849 |
| Infirst Healthcare Inc. | 25-01850 |
| Infor (US), LLC fdba Info (US) Inc. | 25-01851 |
| InstantWhip-Buffalo, Inc. | 25-01863 |
| Integral Logistics Inc. | 25-01864 |
| International Wholesale, Inc. | 25-01871 |
| Ipsos-Insight, LLC | 25-01873 |
| Jackson & Coker Holdings, LLC | 25-01881 |
| Jakks Pacific, Inc. | 25-01882 |
| Jamestown Container Corporation dba Midwest Box Company | 25-01883 |
| Jelly Belly Candy Company | 25-01885 |
| JM Brands LLC | 25-01886 |
| John E. Fisher Construction Co., Inc. | 25-01889 |
| Jordan Manufacturing Co. Inc. | 25-01894 |
| Joy Cone Co. | 25-01896 |
| Just Born, Inc. | 25-01898 |
| KAI U.S.A., Ltd. fdba Universal Razor Industries | 25-01900 |
| Karma Culture LLC | 25-01904 |
| Kayser-Roth Corporation | 25-01906 |
| KC Pharmaceuticals, Inc. | 25-01909 |
| Kenstan Fixture Services USA LLC | 25-01802 |
| Keurig Dr Pepper Inc. fdba Green Mountain Coffee Roasters | 25-01796 |
| Keurig Dr Pepper Inc. fdba Snapple Distributors Inc. | 25-01794 |
| Kevin Finneman dba Cardsource | 25-01789 |
| Kids2, LLC fdba Kids II Inc. | 25-01780 |
| KIK International LLC | 25-01778 |
| Kinderfarms LLC | 25-01770 |
| Kinsa Inc. | 25-01768 |
| Kitu Life, Inc. | 25-01765 |
| KMR Pharmacy Advisors LLC | 25-01762 |
| Kodak Alaris LLC | 25-01760 |

| | |
|---|---|
| Kong Inc. | 25-01755 |
| Krave Pure Foods, Inc. | 25-01752 |
| Kroon's Inc. dba Foxx Farms | 25-01750 |
| KSF Acquisition Corporation dba SlimFast | 25-01748 |
| KT Health, LLC | 25-01744 |
| L & J Plumbing & Heating Co of NY Inc. | 25-01739 |
| L. Frances Caramel Company, LLC | 25-01729 |
| Lapco Beer Distributing, Inc. dba Humboldt Beer Distributors | 25-01723 |
| LaRose Industries LLC dba Cra-Z-Art | 25-01722 |
| Learning Technologies Group Inc. fka Peoplefluent, Inc. | 25-01720 |
| LEPAGES INC | 25-01717 |
| LexisNexis Risk Solutions Inc. | 25-01716 |
| LG H&H USA, Inc. | 25-01942 |
| Life Wear Technologies Group, Inc. | 25-01943 |
| Life-Pro, Inc. | 25-01944 |
| Lifetime Brands Inc. | 25-01945 |
| Lighthouse Document Technologies, Inc. | 25-01946 |
| Little Dutch Boy Bakeries, Inc. | 25-01951 |
| Logicbroker, Inc. | 25-01953 |
| Long Island Building Maintenance Plus Inc. dba LIBM Plus Inc. | 25-01954 |
| Lowen Corporation | 25-01957 |
| LRQA Inc. fdba Lloy's Register Quality Assurance, Inc. | 25-01958 |
| LSPedia Inc | 25-01959 |
| Luxe Brands, Inc. | 25-01960 |
| M.S.R.S., Inc. dba VM International | 25-01961 |
| Maesa LLC | 25-01963 |
| MailSouth, Inc. dba Mspark | 25-01964 |
| Marketing Impact Ltd. | 25-01969 |
| Markwins Beauty Brands, Inc. dba Lip Smacker/Bonnie Bell | 25-01971 |
| Mason Vitamins, Inc. | 25-01975 |
| Material Motion, Inc. | 25-01978 |
| Matherson Organics, LLC dba Vitamin Bounty | 25-01979 |
| Mattell, Inc. dba Mattell Toys | 25-01980 |
| Matthews International Corporation | 25-01981 |
| Maxell USA | 25-01982 |
| Maxerience, Inc. | 25-01983 |
| Mayer Bros. Apple Products Inc. | 25-01984 |
| McGuire's Service Corp | 25-01986 |
| Medchart US Inc. | 25-01989 |

| | |
|---|---|
| Medical Depot, Inc. dba Drive Medical Design & Manufacturing | 25-01990 |
| Medical Group Care, LLC | 25-01991 |
| MediHeat, Inc. | 25-01992 |
| Medi-Pure, Incorporated | 25-01993 |
| Mercado Latino, Inc. | 25-01997 |
| Microlife USA, Inc. | 25-01999 |
| Microsoft Online, Inc. | 25-02001 |
| Mid-Atlantic Valuation Group, Inc. | 25-02002 |
| Milky Way International Trading Corporation dba MW Polar Foods | 25-02004 |
| Mindful Nourishment LLC dba Zing Bars | 25-02005 |
| Mojo PSG US, LLC | 25-02007 |
| Mondelez International, Inc. dba Clif Bar & Co. | 25-02010 |
| MongoDB, Inc. | 25-02012 |
| Monoflo International, Inc. | 25-02013 |
| Moore and More LLC | 25-02014 |
| Morrow Sodali LLC | 25-02015 |
| MotionPoint Corporation | 25-02016 |
| MOTT'S USA | 25-02017 |
| mPulse Mobile, Inc. | 25-02018 |
| Munchkin, Inc. | 25-02020 |
| MWW Group LLC | 25-02022 |
| N&N Consulting, LLC | 25-02023 |
| National Raisin Company | 25-02026 |
| National Retail Solultions, Inc. dba NRS Brands | 25-02027 |
| National Service & Controls, Inc. | 25-02028 |
| Nations Roof, LLC | 25-02029 |
| Nature's Way Brands, LLC | 25-02031 |
| Nehemiah Manufacturing Company LLC | 25-02033 |
| Neoteric Cosmetics, Inc. | 25-02036 |
| Nestle USA, Inc. | 25-02038 |
| Net At Work NYUS LLC | 25-02039 |
| New SPS Crossfolds, LLC | 25-02040 |
| New Vitality fdba NAC Marketing Co. LLC | 25-02041 |
| Nicar International | 25-02044 |
| NobleTec, LLC | 25-02048 |
| North Coast Mercantile Co., Inc. | 25-02049 |
| Northside Food Company LLC fdba Northside Food Corporation | 25-02050 |
| Northwest Handling Systems, Inc. | 25-02051 |
| Nutranext, LLC | 25-02053 |

| | |
|---|---|
| Nutureplex | 25-02424 |
| O.P.E.N. America, Inc. | 25-02057 |
| Oak View Group, LLC dba OVG Venue Alliance | 25-02058 |
| Oakland County Fuels Inc. dba USPP Oakland Fuels | 25-02059 |
| Oberto Snacks Inc. fdba Oberto Sausage Company | 25-02060 |
| OBI Seafoods, LLC | 25-02061 |
| OC Flavors, LLC | 25-02062 |
| OCuSOFT Inc. | 25-02064 |
| Ohm Laboratories Inc. | 25-02065 |
| Oil-Dri Corporation of America | 25-02066 |
| Omnis Health, LLC | 25-02067 |
| Onnit Labs, Inc. | 25-02071 |
| Open Text Inc. | 25-02072 |
| Oracle America, Inc. | 25-02074 |
| Oral Essentials, Inc. | 25-02075 |
| OraLabs, LLC fdba OraLabs Inc. | 25-02076 |
| Pacific World Corporation | 25-02081 |
| Packform USA LLC | 25-02082 |
| Paddison Associates | 25-02083 |
| Paramount Rx LLC | 25-02085 |
| Paris Corporation of New Jersey fdba Paris Business Products, Inc. | 25-02087 |
| Paris Presents Incorporated dba PPI Beauty | 25-02088 |
| Pathwater, Inc. | 25-02089 |
| Patrick Radogna and Associates, Inc | 25-02090 |
| Patriot Fire Protection, Inc. | 25-02091 |
| Pavion Corp. fdba Security Source | 25-02092 |
| Peak Technologies, LLC | 25-02094 |
| Pearson Food Company, Incorporated dba Pearson Sales Company Inc. | 25-02095 |
| Pentel of America, Ltd. | 25-02096 |
| Pepsi Bottling Ventures LLC dba Pepsi-Cola Bottling Salisbury | 25-02434 |
| Pepsi-Cola and National Brand Beverages, Ltd. dba Pepsi-Cola Bottling Pennsauken | 25-02435 |
| Pepsi-Cola Company | 25-02437 |
| Pepsi-Cola of the Hudson Valley | 25-02438 |
| Pharma Nobis, LLC | 25-02105 |
| Phoenix Benefits Management, LLC | 25-02110 |
| Phoenix Energy Technologies, Inc. | 25-02111 |
| Physicians Formula, Inc. | 25-02112 |
| PIM Brands USA, Inc. | 25-02113 |
| Pladis North America, Inc. fdba Star Brands North America Inc. | 25-02115 |

| | |
|---|---|
| Planet Technologies, Inc. | 25-02116 |
| Platinum Goods Corp. | 25-02117 |
| Platinum Pest Control, Inc. | 25-02118 |
| Post Consumer Brands, LLC | 25-02121 |
| Precision Dynamics Corporations | 25-02122 |
| Pregis LLC dba Sharp Packaging Systems | 25-02123 |
| Premier Brands of America Inc. | 25-02124 |
| Presidio Brands, Inc. | 25-02126 |
| PRGX USA, LLC fdba PRGX USA Inc. | 25-02127 |
| Prickett, Jones & Elliott, P.A. | 25-02128 |
| Prince of Peace | 25-02130 |
| Pristine Infotech, Inc. | 25-02132 |
| Profile Food Ingredients, LLC | 25-02133 |
| Profoot Inc. | 25-02134 |
| Proper Consulting Group LLC | 25-02135 |
| Proud Source Water, LLC | 25-02138 |
| Pure Distribution US LLC | 25-02139 |
| Q4 Inc. | 25-02140 |
| Quad/Graphics, Inc. | 25-02141 |
| Quality Home Products | 25-02143 |
| Quantum Health, Inc. fdba Quantum Inc. | 25-02144 |
| Quest Nutrition, LLC | 25-02145 |
| R&S Beverage Company | 25-02148 |
| R.G. Enterprises (U.S.A.), Inc. dba R.G. Medical Diagnostics, Inc. | 25-02149 |
| Ram Insulation, Inc. | 25-02150 |
| RC Maintenance Holdings Inc. | 25-02153 |
| RecordTrak, LLC | 25-02155 |
| Reese Pharmaceutical Company fka The Reese Chemical Company | 25-02157 |
| Regal III, LLC dba Royal Wine Company | 25-02159 |
| Regency Enterprises, Incorporated | 25-02160 |
| Relogistics Services, LLC | 25-02161 |
| Remer Radcliff Corporation | 25-02162 |
| Renaissance Trading Inc. | 25-02163 |
| Renpure Ltd dba Renpure LLC | 25-02164 |
| Rentokil North America, Inc. dba Rentokil Pest Control | 25-02165 |
| Replenium, Inc. | 25-02166 |
| Retail Marketing Services, Inc. dba California Shopping Carts | 25-02167 |
| Revolve Consumer Products Group, LLC | 25-02169 |
| Reynolds Presto Products Inc. | 25-02171 |

| | |
|---|---|
| RK Build Group, Inc. | 25-02174 |
| Robert E. Carter Enterprises, Inc. dba Superior Products Co. - Valley Div. | 25-02175 |
| Rocon Group, Inc. dba Rocon Building Interiors | 25-02176 |
| RoofConnect | 25-02178 |
| Rose Express, Inc. | 25-02180 |
| RoundTabele Healthcare Management, Inc. dba SCN BestCo. fdba Santa Cruz Nutritionals | 25-02181 |
| Royal Deluxe Accessories LLC | 25-02182 |
| Russell Reynolds Associates, Inc. | 25-02184 |
| RxAdvance | 25-02186 |
| S&P Global Limited; and HSBC USA Inc. dba HSBC Bank USA, NA | 25-02188 |
| S. C. Johnson & Son, Inc. dba Method Products, Inc. | 25-02190 |
| S.K.I.L. Enterprises, Inc. dba Above It All Balloons | 25-02191 |
| SADA Systems, LLC fdba SADA Systems, Inc. | 25-02192 |
| Safetychain Software, Inc. | 25-02194 |
| Sagenet LLC | 25-02195 |
| Sampco, LLC | 25-02197 |
| Samsonic Trading Co., Inc. | 25-02198 |
| Sandford, L.P. | 25-02200 |
| SanDisk Corporation | 25-02201 |
| Saratoga Eagle Sales & Service Inc. | 25-02203 |
| Sarris Candies, Inc. | 25-02204 |
| SAS Retail Services, LLC | 25-02205 |
| SATO America, LLC | 25-02206 |
| Savant Technologies LLC | 25-02207 |
| Scientific Technologies Corporation | 25-02208 |
| Scotto's Cookies Inc. | 25-02210 |
| Select Harvest USA, LLC | 25-02214 |
| Sequoia Wholesale Florist, Inc. | 25-02216 |
| SHI International Corp. | 25-02219 |
| Shiftsmart Inc. | 25-02220 |
| Shoreland, Inc. | 25-02221 |
| Shorty's Truck Service, LLC | 25-02222 |
| Shred-It USA LLC | 25-02223 |
| SICK, Inc. | 25-02224 |
| Signifyd, Inc. | 25-02225 |
| Silipos Holding LLC | 25-02226 |
| Simply Good Foods USA, Inc. | 25-02228 |
| Sinch America, Inc. dba Sinch Interconnect | 25-02229 |
| Sioux Honey Association, Cooperative | 25-02231 |

| | |
|---|---|
| Sirva Relocation LLC | 25-02232 |
| Skullcandy Inc. | 25-02233 |
| Skyword Inc. | 25-02234 |
| Smartsheet Inc. | 25-02235 |
| Smucker Retail Foods, Inc. | 25-02236 |
| Snyder's-Lance, Inc. | 25-02237 |
| Software One, Inc. | 25-02239 |
| Soylent Nutrition, Inc. | 25-02242 |
| Spangler Candy Company | 25-02243 |
| Spectrum Brands Pet L.L.C. | 25-02247 |
| SPI West Port, Inc. | 25-02248 |
| Spin Master, Inc | 25-02249 |
| Spirit Halloween Superstores LLC | 25-02250 |
| Spirit Pharmaceuticals LLC | 25-02251 |
| Springbrook Farms, Inc. | 25-02253 |
| SPS Commerce, Inc. | 25-02254 |
| Star Snacks Co., LLC | 25-02256 |
| Star Soap/Star Candle/Prayer Candle Co., LLC | 25-02423 |
| Stillwaters Food Service, Inc. | 25-02259 |
| Storefront.com Online Inc. | 25-02261 |
| Straub Distributing Company, Ltd. | 25-02262 |
| Strength of Nature, LLC | 25-02263 |
| Structurecraft Contracting LLC | 25-02264 |
| Summit Properties and Development Co., LLC | 25-02265 |
| SunTree Snack Foods, LLC | 25-02268 |
| Surescripts, LLC | 25-02270 |
| Surgical Appliance Industries, Inc. | 25-02271 |
| Swivel Legal Solutions, LLC | 25-02273 |
| Sxwell USA LLC | 25-02274 |
| T. J. Sheehan Distributing, Inc. | 25-02275 |
| Talking Rain Beverage Company, Inc. | 25-02276 |
| Taro Pharmaceuticals U.S.A., Inc. | 25-02279 |
| Tasty Baking Company | 25-02280 |
| Tate's Wholesale, LLC dba Tate's Bake Shop | 25-02282 |
| Tattoo Manufacturing Inc. dba SAVVI | 25-02283 |
| Tazza Brands East, Inc. | 25-02284 |
| Technology Recovery Group Ltd. | 25-02285 |
| TeleCheck Services, LLC fdba TeleCheck Services, Inc. | 25-02287 |
| Terry's Dairy, Inc. | 25-02288 |

| | |
|---|---|
| Tetra Pak Inc. | 25-02289 |
| The Bazooka Companies, Inc. | 25-02291 |
| The Beverage Works NY, Inc. | 25-02292 |
| The Broadridge Investor Communication Solutions (ICS) | 25-02293 |
| The Classic Jerky Company | 25-02294 |
| The Hain Celestial Group, Inc. dba Celestial Seasonings | 25-02426 |
| The Herjavec Group Corp. | 25-02300 |
| The Hershey Salty Snacks Sales Company fdba Amplify Snack Brands, Inc. | 25-02302 |
| The Honest Company, Inc. | 25-02304 |
| The Masterson Company, Inc. dba Masterson Foods | 25-02307 |
| The Mat Works LTD. | 25-02308 |
| The Thomas Group LLC dba Eagle Distributing Company | 25-02311 |
| The Yankee Candle Company, Inc. | 25-02312 |
| The Yerba Mate Co., LLC | 25-02313 |
| The Zoofy Group, L.L.C. | 25-02314 |
| Thriving Brands LLC | 25-02316 |
| TikTok Inc. | 25-02317 |
| Time-Cap Laboratories, Inc. | 25-02318 |
| Tom's of Maine, Inc. | 25-02319 |
| Tony's Chocolonely, Inc. | 25-02320 |
| Toppan Merrill LLC | 25-02322 |
| Tower Laboratories, LTD. | 25-02324 |
| TraceGains Inc. dba The Magni Company | 25-02325 |
| TransCold Distributions (USA) Inc. | 25-02326 |
| Trend Makers, LLC; and Strategic Alliances, Inc. | 25-02327 |
| Triangle Distributing Co. dba Anheuser-Busch Sales of Central Los Angeles | 25-02328 |
| Trigg Laboratories, Inc. | 25-02329 |
| Trilogy Medwaste West, LLC | 25-02330 |
| Trion Industries, Inc. | 25-02332 |
| Tri-Sales Marketing, LLC | 25-02333 |
| Triumph Pharmaceuticals Inc. | 25-02334 |
| Tri-Valley Beverage, Inc. | 25-02335 |
| Trove Brands, LLC | 25-02337 |
| TRUE MANUFACTURING CO | 25-02338 |
| TrueSource, LLC | 25-02339 |
| Turner Dairy Farms, Inc. | 25-02342 |
| Twin Med, LLC | 25-02345 |
| Twinnings North America, Inc. | 25-02346 |
| Two Men and a Striper, LLC | 25-02347 |

| | |
|---|---|
| Ty, Inc. | 25-02348 |
| U.S. Cotton, LLC | 25-02349 |
| U.S. Pharmaceuticals, Inc. | 25-02350 |
| Uber Technologies, Inc. | 25-02351 |
| United Exchange Corp. | 25-02356 |
| United Industries Corporation | 25-02357 |
| Uniweb, Inc. | 25-02359 |
| UpToDate, Inc. | 25-02361 |
| US Ecology Livonia, Inc. | 25-02362 |
| Valley Beverage Distributor Inc. | 25-02364 |
| Value Smart Products, Inc. | 25-02366 |
| Vector Security, Inc. | 25-02368 |
| Ventiv Technology Inc. | 25-02369 |
| Verge 110 Pty Ltd dba 345Global | 25-01628 |
| Versa Logistics Corp. | 25-02373 |
| Visual Creations, Inc. | 25-02376 |
| Vita Warehouse Corp. | 25-02377 |
| Vitamin Health, Inc. | 25-02378 |
| VNGR Beverage LLC | 25-02379 |
| W.B. Sprague Company, Inc. dba Sprague Best Solutions | 25-02380 |
| Waiakea Inc. | 25-02381 |
| Walton Beverage Co. | 25-02383 |
| Water Pik, Inc. | 25-02385 |
| Waterstone New Hampshire Retail Properties, LLC | 25-02387 |
| Waymouth Farms, Inc. | 25-02388 |
| Wedderspoon Organic USA LLC dba Wedderspoon Organic LLC | 25-02389 |
| Wees & Leo Company, Inc. | 25-02390 |
| Welch Foods Inc., a Cooperative dba Welch's | 25-02391 |
| Welly Health PBC Corporation | 25-02393 |
| Westport Corporation | 25-02394 |
| Westridge Laboratories Incorporated | 25-02395 |
| Williams Scotsman, Inc. fdba Mobile Mini, Inc. | 25-02398 |
| Windmill Health Products, LLC | 25-02399 |
| Wine Barrel Holdings LLC dba Greenwood Brands LLC | 25-02400 |
| Woodbolt Distribution, LLC dba Nutrabolt | 25-02404 |
| Woodstream Corporation | 25-02405 |
| Workday, Inc. | 25-02406 |
| WorkForce Software, LLC | 25-02407 |
| Workfront, Inc.; and Adobe Inc. | 25-02408 |

| | |
|---|---|
| World 50, LLC fka World 50 Inc. | 25-02409 |
| World Finer Foods, LLC | 25-02410 |
| Worldcom Exchange, Inc. | 25-02411 |
| Worldwide Sport Nutritional Supplements, Inc. | 25-02412 |
| WPP Acquisition, LLC | 25-02413 |
| Yext, Inc. | 25-02416 |
| Xlear, Inc. | 25-02414 |
| Xttrium Laboratories, Inc. | 25-02415 |
| Yoobi  Global, LLC | 25-02417 |
| York International Corporaiton dba York International JCI-UPG | 25-02418 |
| Zero Zone, Inc. | 25-02421 |
| Zuru, LLC | 25-02422 |

\*  595 Adversary Proceedings